# UNITED STATES DISTRICT COURT

for the

SOUTHERN DISTRICT OF OHIO

|  |  |
|---|---|
| United States of America<br>v.<br>**PIERRE CHAMPION**<br><br>Date of Original Judgment:     07/09/2008<br>Date of Previous Amended Judgment: _____<br>*(Use Date of Last Amended Judgment if Any)* | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case No:   1:07-CR-133

USM No:   04610-061

*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

    ☑ DENIED.    ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated    01/14/2011    shall remain in effect.

**IT IS SO ORDERED**.

Order Date:    07/17/2013

_____
*Judge's signature*

Effective Date:    07/17/2013
*(if different from order date)*

Sandra S. Beckwith Senior Judge
*Printed name and title*